## MOORE v. THE STATE.

LUMPKIN, J. 1. The verdict was supported by the evidence.

2. The evidence did not require the court to instruct the jury on the subject of voluntary manslaughter, and a failure to give a charge on that subject was not error.

*Judgment affirmed. All the Justices concur.*

Argued November 15,—Decided December 22, 1909.

Indictment for murder. Before Judge Lewis. Jasper superior court. September 27, 1909.

*Greene F. Johnson*, for plaintiff in error. *John C. Hart*, attorney-general, and *Joseph E. Pottle*, solicitor-general, contra.